Charlotte Lancon, Respondent, v. George L. Lancon, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of William B. Lawrence, a Stockholder, etc., Appellant, for the Appointment of Appraisers to Appraise the Value of His Interest in the Good Will, etc., of the George C. Flint Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present – Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Rebecca Farber, Respondent, v. Hyman Farber, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph L. Graf and Another, Respondents, v. Bonwit Realty Company and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Everett House and Others, Respondents, v. Frederick D. Clayton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Walter Weston and Another, Plaintiffs, v. James R. Watts, Respondent.   In the Matter of Alexander Thain, Appellant. – Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred W. McCann, Respondent, v. Cutler-Williams Corporation, Appellant.   Commercial Advertiser Association v. Cutler-Williams Corporation.— Orders modified by striking out the provision excluding testimony, and as modified affirmed, without costs.   No opinion.   Orders to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Beekman Estate, Respondent, v. Mary C. Foster and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Levy, Respondent, v. The Commercial Travelers' Mutual Accident Association of America, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moses A. Sawyer, Appellant, v. Edmund N. Stone, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Vito Pante, Appellant, v. Christian Jacobs Fireproofing and Concrete Company, Inc., Respondent.   Vine H. Smith, Plaintiff's Attorney, Appellant.— Order modified by granting motion on payment of ten dollars costs, and by striking out of the order the words "by plaintiff's attorney personally."   As so modified order affirmed, without costs.   No opinion.